IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14CR00025-09 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | By: Glen E. Conrad |
| REG-JUAN SMITH, | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of the presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER:    February 11, 2015


*s/   Glen E. Conrad*
Chief United States District Judge